UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| KATHY BARBER, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | No. 5:16 – cv – 4 – JRG |
| § | |
| CONVERGYS CORPORATION, § | |
| d/b/a ENCORE RECEIVABLE § | |
| MANAGEMENT, INC. § | |
| § | |
| Defendant. § | |

**ORDER GRANTING PLAINTIFF'S AGREED MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

On this day this Court heard Plaintiff's Agreed Motion To Stay All Deadlines and Notice of Settlement. For the reasons set forth in Plaintiff's Motion, the Court hereby Grants Plaintiff's Motion. This Court shall stay all unreached deadlines contained in the Court's Docket Control Order until August 31, 2016.